**U.S. Department of Justice**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/24/2026

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

April 23, 2026

So order: Time excluded.

Colleen McMahon
4/24/2026

**BY ECF**
The Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:     *United States v. Francisco Javier Yanguas Canar*, **26 Cr. 154 (CM)**

Dear Judge McMahon:

The Government writes in advance of the arraignment and initial conference in the above-captioned matter, which have been scheduled for May 6, 2026, at 11:45 a.m. The Government respectfully requests that time between today and the May 6, 2026 arraignment and initial conference be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

While it is the Government's position that the Speedy Trial clock does not begin to run until the date a defendant is arraigned, out of an abundance of caution, the Government seeks the proposed exclusion. The Government respectfully submits that the ends of justice served by granting the proposed exclusion outweigh the best interests of the public and the defendants in a speedy trial, as the proposed exclusion will allow the Government time to begin assembling discovery and will allow the parties an opportunity to discuss the possibility of a pretrial resolution of this case. Defense counsel has informed the Government that he consents to this request.

Respectfully submitted,

JAY CLAYTON
Acting United States Attorney

By:     _____
Ariana L. Bloom
Assistant United States Attorney
Southern District of New York
(212) 637-2578

cc:     Michael Arthus, Esq. (by ECF)