Case 1:26-cr-00154-CM Document 26 Filed 09/03/26 Page 1 of 1

Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

MEMO ENDORSED

September 3, 2026

**BY ECF**

Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

9/8/26
Case adj as to both defendants to Oct 29, 2026 at 2:15pm — time excluded in the interest of justice, to facilitate the review of discovery and plea discussions.
Colleen McMahon

Re: **United States v. Yanguas Canar**
26 Cr. 154 (CM)

Dear Judge McMahon:

With the consent of the Government, I write on behalf of Mr. Yanguas Canar and his co-defendant, Mr. Carlos Medina Polamino, to respectfully request an adjournment of approximately four to six weeks of the pretrial conference currently scheduled for September 9, 2026. The additional time is necessary to continue reviewing discovery and to explore the possibility of a pretrial resolution. This is Mr. Yanguas Canar's first request for an adjournment.

Mr. Yanguas Canar and Mr. Medina Polamino consent to the exclusion of time between September 9, 2026, to the next scheduled conference pursuant to the Speedy Trial Act.

Respectfully,

*/s/ Edie Joseph*

Edie Joseph, Esq.
Assistant Federal Defender
Federal Defenders of New York
(646)-771-1993

CC: Evans Prieston, Attorney for Mr. Carlos Medina Polamino
Ariana Bloom, Assistant U.S. Attorney

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________
DATE FILED: 9-8-26